**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FENGYUN MA,

Petitioner,

v.

JAMES JANECHA, Warden, et al.,

Respondents.

Case No. 5:26-CV-04484-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed September 17, 2026 (ECF No. 10), IT IS ADJUDGED that the Petition is GRANTED as to the First Claim for Relief, the remaining claims are dismissed as moot in light of the relief granted on the First Claim for Relief, and the Petition is dismissed without prejudice.

DATED: September 21, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE